**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2035**

---

ROBERT HAYES,

Plaintiff - Appellant,

versus

LORIEN NURSING & REHABILITATION CENTER,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-01-
2219-AMD)

---

Submitted:  November 8, 2001          Decided:  November 15, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Hayes, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Robert Hayes appeals from the district court's order dismissing his action for want of federal jurisdiction.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Hayes v. Lorien Nursing & Rehabilitation Center, No. CA-01-2219-AMD (D. Md. Aug. 8, 2001).  We deny Hayes' motions for appointment of counsel and general relief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED